# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SCOTT CASTEEL,<br><br>                 Petitioner,<br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                 Respondents. | Case No. 3:19-cv-00342-MMD-WGC<br><br>ORDER |

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, filed by Scott Casteel, an individual incarcerated at Nevada's Ely State Prison. Casteel initiated this action on June 21, 2019, by submitting his habeas petition (ECF No. 1-1), along with an application to proceed *in forma pauperis* (ECF No. 1), and a motion for appointment of counsel (ECF No. 1-2).

Casteel's application to proceed *in forma pauperis* is incomplete, in that it does not include the required financial certificate, signed by an authorized prison officer. *See* Local Rule LSR 1-1. The Court will, therefore, deny the application to proceed *in forma pauperis*, without prejudice to Casteel filing a new application.

The Court will grant Casteel time to either pay the filing fee for this action or file a new application to proceed *in forma pauperis*. If Casteel wishes to pay the filing fee, he must have $5 sent to the Clerk of Court, with a cover letter indicating the case number of this action. If Casteel fails to pay the filing fee or file a new *in forma pauperis* application within the time allowed, this action will be dismissed.

It is therefore ordered that the application to proceed *in Forma Pauperis* (ECF No. 1) is denied without prejudice.

1 | It is further ordered that Petitioner will have 45 days from the date of this order to
2 | either pay the $5 filing fee for this action as instructed above or file a fully completed
3 | application to proceed *in forma pauperis*, including the required financial certificate.
4 | It is further ordered that the Clerk of Court is directed to send to Petitioner, along
5 | with a copy of this order, two *in forma pauperis* applications.
6 | DATED THIS 27th day of June 2019.

_____
MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE