UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SCOTT CASTEEL,

Petitioner,

v.

BRIAN E. WILLIAMS, SR., *et al.*,

Respondents.

Case No. 3:19-cv-00342-MMD-WGC

ORDER

Respondents' response to Petitioner's habeas petition was due November 6, 2019. (ECF Nos. 5, 12.) On November 5, 2019, Respondents filed a motion for extension of time (ECF No. 13) requesting a 44-day extension to December 20, 2019, to file their response. Respondents' counsel states that the extension of time is necessary in order to obtain the complete state court record for the case.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. It is therefore ordered that Respondents' motion for enlargement of time (ECF No. 13) is granted. Respondents will have until and including December 20, 2019, to file their response to the habeas petition.

///

///

///

///

///

///

///

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered July 9, 2019 (ECF No. 5) will remain in effect. Therefore, if Respondents file an answer, Petitioner will have 60 days to file a reply; if Respondents file a motion to dismiss, Petitioner will have 60 days to file a response to the motion to dismiss.

DATED THIS 7th day of November 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE