UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SCOTT CASTEEL,

Petitioner,

v.

BRIAN E. WILLIAMS, SR., *et al.*,

Respondents.

Case No. 3:19-cv-00342-MMD-WGC

ORDER

In this habeas corpus action, Respondents filed a motion to dismiss (ECF No. 18) on January 21, 2020. On that date, Respondents also filed a motion for extension of time (ECF No. 19), requesting an extension of time, to January 24, 2020, to file exhibits in support of their motion to dismiss. Respondents' counsel states that the extension of time is necessary because the Attorney General's staff member who would prepare and file the exhibits was recently away from the office for ten days and needs the extra three days to file the exhibits.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will extend to January 24, 2020, the time for Respondents to file their exhibits, and will also extend the time for Petitioner to respond to the motion to dismiss.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 19) is granted. Respondents will have until and including January 24, 2020, to file their exhibits in support of their motion to dismiss.

It is further ordered that Petitioner will have until and including April 3, 2020, to file a response to the motion to dismiss.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered July 9, 2019 (ECF No. 5) will remain in effect.

DATED THIS 22nd day of January 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE