UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

SCOTT CASTEEL,

                Petitioner,

v.

WILLIAM GITTERE, *et al.*,

                Respondents.

Case No. 3:19-cv-00342-MMD-WGC

ORDER

In this habeas corpus action, brought by *pro se* Petitioner Scott Casteel, an individual incarcerated at Nevada's Ely State Prison, the Respondents filed an answer on July 27, 2020. (ECF No. 41.) Casteel's reply to Respondents' answer is due on September 25, 2020. (*See* ECF No. 5.)

On August 12, 2020, the Court received a motion from Casteel entitled "Motion for Status Review of Case," in which Casteel states that he "has not received anything relating to this case and wants to [know] what is going on." (ECF No. 42.) On August 14, 2020, the Court received a second such motion from Casteel. (ECF No. 44.) The Court will grant these motions, will direct the Clerk of the Court to send Casteel copies of filings in the case to inform him of its status, and will extend the time for Casteel to file his reply.

It is therefore ordered that Petitioner's Motions for Status Review (ECF Nos. 42 and 44) are granted.

It is further ordered that the Clerk of the Court is directed to send to Petitioner, along with a copy of this order, copies of the documents filed at ECF Nos. 6, 38, 40 and 41.

///

///

///

It is further ordered that Petitioner will have until and including November 20, 2020, to file a reply to Respondents' answer.

DATED THIS 14th day of August 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE